1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8   JOSEPH FLOWERS,            )
                               )
9           Plaintiff(s),      )    No. C09-4388 CW (BZ)
                               )
10      v.                     )
                               )
11  INTERSCOPE RECORDS INC., et )    **ORDER RE OVERDUE PAPERS**
    al.,                       )
12                             )
            Defendant(s).      )
13  _____)

14

15      TO:  Plaintiff and his attorney(s) of record:

16      On 4/13/2010, you were ordered to lodge a Settlement

17  Conference Statement seven days prior to the conference, which

    is scheduled for 6/3/2010.  Your statement was due 5/27/2010.
18
    It was not received by chambers.
19
        **IT IS HEREBY ORDERED** that if a statement is not lodged by
20
    the **noon, Tuesday, June 1, 2010**, plaintiff and his attorney(s)
21
    will be sanctioned $100 a day for each day's delay, beginning
22
    from the date it was originally due.
23
    Dated:  May 28, 2010
24
                              Bernard Zimmerman
25                     United States Magistrate Judge

26
    G:\BZALL\-REFS\REFS.2010\FLOWERS LATE PAPERS NOTICE.wpd
27

28

                              1