CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
 *burrow@caldwell-leslie.com*
LENNETTE W. LEE, State Bar No. 263023
 *lee@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants
INTERSCOPE RECORDS (erroneously sued as "Interscope Records Inc.") and UMG RECORDINGS, INC. (erroneously sued as "Universal Music Corporation")

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FLOWERS,<br><br>              Plaintiff,<br><br>       v.<br><br>INTERSCOPE RECORDS INC., UNIVERSAL MUSIC CORPORATION,<br><br>              Defendants. | Case No. CV 09-4388 CW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION PERMITTING THE TAKING OF PLAINTIFF'S DEPOSITION IN PRISON**<br><br>**Stipulation filed concurrently herewith**<br><br>The Honorable Claudia Wilken<br><br>Trial Date:       January 24, 2011 |

1  The Court, having read the Stipulation Permitting the Deposition of Plaintiff
2  in Prison filed by Plaintiff Joseph Flowers ("Plaintiff") and Defendants Interscope
3  Records and UMG Recordings, Inc. ("Defendants"), the record before it, and good
4  cause appearing,

5  **IT IS HEREBY ORDERED** that:

6  1. Defendants' Motion for Leave to Take Depositions Pursuant to Federal
7  Rule of Civil Procedure 30(a)(2)(B) is GRANTED, and it is further ORDERED that,

8  2. Defendants may take the deposition of Plaintiff, stenographically
9  before a certified court reporter and by videotape, in Marin County Jail prior to July
10 7, 2010.

11

12 **IT IS SO ORDERED.**

13

14 Dated:   June  16 , 2010

_____
The Honorable Laurel Beeler
United States Magistrate Judge