CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
  *burrow@caldwell-leslie.com*
LENNETTE W. LEE, State Bar No. 263023
  *lee@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants
INTERSCOPE RECORDS (erroneously sued as "Interscope Records Inc.") and UMG RECORDINGS, INC. (erroneously sued as "Universal Music Corporation")

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FLOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERSCOPE RECORDS INC., UNIVERSAL MUSIC CORPORATION,<br><br>    Defendants. | Case No. CV 09-4388 CW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION PERMITTING THE TAKING OF DEPOSITION OF DARYL ANDERSON IN PRISON**<br><br>**Stipulation filed concurrently herewith**<br><br>The Honorable Laurel Beeler<br><br>Trial Date:       January 24, 2011 |

CALDWELL LESLIE & PROCTOR

1  The Court, having read the Stipulation Permitting the Deposition of Daryl
2  Anderson in Prison filed by Plaintiff Joseph Flowers ("Plaintiff") and Defendants
3  Interscope Records and UMG Recordings, Inc. ("Defendants"), the record before it,
4  and good cause appearing,

5  **IT IS HEREBY ORDERED** that:

6  1.  Defendants may take the deposition of Daryl Anderson at the Federal
7  Correctional Institution in Stafford Arizona, stenographically before a certified court
8  reporter and by videotape.  The Parties shall coordinate a mutually agreeable date
9  and time for the deposition, which may take place after September 15, 2010, if
10 necessary.  Counsel for Plaintiff and Mr. Anderson, should they wish to appear at
11 the deposition, may appear in person or telephonically in accordance with any
12 applicable Bureau of Prisons procedures.

14 **IT IS SO ORDERED.**

16 Dated:   September  15 , 2010      _____
17                                                                    The Honorable Laurel Beeler
                                                                      United States Magistrate Judge

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]