IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FLOWERS, | No. C 09-4388 CW |
| Plaintiff, | ORDER GRANTING INTERSCOPE RECORDS AND UMG RECORDINGS, INC.'S MOTION FOR CONTINUANCE OF TRIAL DATE (DOCKET NO. 47) |
| v. | |
| INTERSCOPE RECORDS INC., UNIVERSAL MUSIC CORPORATION, | |
| DefendantS. / | |

   Having considered the papers submitted by the parties, the Court GRANTS Defendant's Motion. (Docket No. 47.) Pretrial conference previously set for set for January 1, 2011 is continued to July 19, 2011 at 2:00 p.m. Jury Trial (4 day) previously set for January 24, 2011 is continued to August 1, 2011 at 8:30 a.m.

   IT IS SO ORDERED.

Dated: 12/17/2010

CLAUDIA WILKEN
United States District Judge